# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ZELDA WALLS, Individually and as**
**Surviving Spouse of Arlie Walls**                             **PLAINTIFF**

**V.**                          **4:11CV00199 JMM**

**PETROHAWK PROPERTIES, LP and**
**EXXON MOBIL CORPORATION**                        **DEFENDANTS/**
                                                    **COUNTER-PLAINTIFFS**

**V.**

**ZELDA WALLS, Individually and as**
**Surviving Spouse of Arlie Walls**                    **COUNTER-DEFENDANT**

## ORDER

The trial in this case scheduled to begin the week of January 9, 2012 is cancelled.

IT IS SO ORDERED this 9th day of January, 2012.

_____
James M. Moody
United States District Judge